IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy:  Robert R. Keech            Date:  October 15, 2009
Court Reporter:    Gwen Daniel                Time:  04 minutes

**Civil Action No.**  08-cv-02619-WDM-BNB

Parties:                                      Counsel:

**BEVERLY HAWKINS,**                          Richard Wynkoop

  Plaintiff,

v.

**JOHN NICOLIA, et al.,**                     No Appearance

  Defendants.

## COURTROOM MINUTES

**HEARING ON MOTION FOR DEFAULT JUDGMENT**

**11:04 a.m.** **Court in session.**

Appearances of counsel.

Plaintiff's Motion for Default Judgment as to John Nicolia and Eastern Asset Management LLC [doc. #15], filed July 15, 2009, is raised for argument.

11:04 a.m. Argument by Plaintiff (Mr. Wynkoop).

**ORDERED:** Plaintiff's Motion for Default Judgment as to John Nicolia and Eastern Asset Management LLC [doc. #15], filed July 15, 2009, is **GRANTED.**

**ORDERED:** Mr. Wynkoop shall submit a proposed order by **Friday, October 16, 2009.**

**11:08 a.m.** **Court in recess.**

Total in-court time:  04 minutes - Hearing concluded.