**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.:08-cv-02619 WDM-BNB**

BEVERLY HAWKINS
        Plaintiff,

   vs.

JOHN NICOLIA and
EASTERN ASSET MANAGEMENT LLC ,
A NEW YORK LIMITED LIABILITY CORPORATION
        Defendants,

_____

**ORDER**
_____

**THE COURT**, having reviewed Plaintiff's motion for entry of default judgement submitted to the Court and being fully apprised hereby GRANTS the Plaintiff's motion and orders that judgment shall enter in favor of plaintiff Beverly Hawkins against defendants John Nicolia and Eastern Asset Management LLC in the amount of $1,000.00 pursuant to 15 U.S.C. § 1692K(a)(2)(A).  It is further ordered that Plaintiff is awarded costs in the amount of $440.00 pursuant to 15 U.S.C. § 1692K(a)(3).  *See also* D.C.COLO.LCivR 54.1.

Dated This 22nd day of October, 2009 :

                                      BY THE COURT

                                      s/ Walker D. Miller
                                      _____

                                      **Walker D. Miller
                                      United States District Judge**